SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
MELANIE DELAPAZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE DELAPAZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MONEYGRAM PAYMENT SYSTEMS, INC.; SQUARE HOLDINGS, LLC; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 2:25-cv-00336-SSS (SSCx)**<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: September 19, 2025<br>Time: 2:00 p.m.<br>Courtroom: 2, 2nd Floor<br><br>Honorable Judge Sunshine S. Sykes |

　　　To Defendant SQUARE HOLDINGS, LLC and the attorneys of record, if any: Please take notice that on September 19, 2025, at 2:00 p.m., or as soon thereafter as this matter may be heard by this Court located at 3470 Twelfth Street, Riverside, California, Plaintiff MELANIE DELAPAZ will present Plaintiff's motion for default judgment against Defendant SQUARE HOLDINGS, LLC. The Clerk has previously entered the default on said Defendant on June 17, 2025 (Dkt. #18).

　　　At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendant SQUARE HOLDINGS, LLC is not a minor or an incompetent

person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant SQUARE HOLDINGS, LLC has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.

The Plaintiff seeks a judgment in the amount of $3,210.00 in attorney fees and costs as set forth in the attached declaration of Jason J. Kim and an Order directing the Defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant are readily accessible to and usable by individuals with disabilities at the property located at or about 4968 Venice Blvd., Los Angeles, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendant SQUARE HOLDINGS, LLC on August 19, 2025 by first class United States Mail, postage prepaid.

Dated: August 19, 2025                    **SO. CAL. EQUAL ACCESS GROUP**

By:   */s/ Jason J. Kim*
      Jason J. Kim, Esq.
      Attorneys for Plaintiff